IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN REID,<br>　　　　　Plaintiff<br><br>vs.<br><br>WAKEFIELD, Correctional<br>Superintendent; HOFFMAN, Correctional<br>Sergeant; SAYLOR, Correctional Officer;<br>LANDER, Correctional Officer;<br>SHROYER, Correctional Officer; KUHN,<br>Correctional Officer; GUZZIE,<br>Correctional Officer,<br>　　　　　Defendants | )<br>)<br>)<br>) Civil Action No. 06-249<br>) Judge Nora Barry Fischer/<br>) Magistrate Judge Amy Reynolds Hay<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this 20th day of March, 2008, after the Plaintiff, Steven Reid, filed an action in the above-captioned case, and after Plaintiff filed a Motion for Summary Judgment, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the partied until March 27, 2008 to file written objections thereto, and objections having been filed by Plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Plaintiff's Motion for summary judgment, Dkt. [90] is denied.

_____
NORA BARRY FISCHER
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Steven Reid
FW-5868
SCI Houtzdale
P.O. Box 1000
Houtzdale, PA 16698-1000

Mariah Passarelli,
Deputy Attorney General
Office of the Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219